EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#1 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10041316
Date Taken: 10/09/2012
Photo Description: Channing Tatum is seen entering Saint and Sinners bar in New Orleans, located on Bourbon Street, the morning after the grand opening party.
Cpoyright Application Date: 11/26/2012
Application Number: 1-844502072
Copyright Registration Date: 11/26/2012
Registration Number: VA0001848035

Domain: theberry.com
URL: http://theberry.com/2012/10/10/todays-celebrity-rundown-13-photos-32/celeb-rundown-7-195/
Observed Date: 04/18/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#2 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10034465
Date Taken: 09/27/2012
Photo Description: Kesha lives up to her wild and unique reputation, dressing up in revealing outfits for her new music video \'Die Young\' in Los Angeles.
Cpoyright Application Date: 12/03/2012
Application Number: 1-859361051
Copyright Registration Date: 12/03/2012
Registration Number: VA0001848265

Domain: theberry.com
URL: http://theberry.com/2012/09/27/todays-celebrity-rundown-15-photos-7/celeb-rundown-6-175/
Observed Date: 04/18/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#3 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10034449
Date Taken: 09/27/2012
Photo Description: Kesha lives up to her wild and unique reputation, dressing up in revealing outfits for her new music video \'Die Young\' in Los Angeles.
Cpoyright Application Date: 12/03/2012
Application Number: 1-859361051
Copyright Registration Date: 12/03/2012
Registration Number: VA0001848265

Domain: theberry.com
URL: http://theberry.com/2012/09/27/todays-celebrity-rundown-15-photos-7/celeb-rundown-6-175/
Observed Date: 04/18/2013

**WEB PAGE CAPTURE**



EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#4 OF 87**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10035652
Date Taken: 09/28/2012
Photo Description: Vanessa Hudgens is seen at a gas station in Los Angeles.
Cpoyright Application Date: 10/23/2012
Application Number: 1-838167702
Copyright Registration Date: 10/23/2012
Registration Number: VA0001836310

Domain: theberry.com
URL:   http://theberry.com/2012/10/02/todays-celebrity-rundown-14-photos-20/celeb-rundown-10-128/
Observed Date: 04/18/2013

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#5 OF 87**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10059254
Date Taken: 11/25/2012
Photo Description: Ryan Gosling and Eva Mendes bundle up and go arm in arm for a Thanksgiving morning stroll around New York City.
Cpoyright Application Date: 05/01/2013
Application Number: 1-873344572
Copyright Registration Date: 05/01/2013
Registration Number: VA0001848281

Domain: theberry.com
URL:   http://theberry.com/2012/11/26/todays-celebrity-rundown-15-photos-15/
Observed Date: 04/18/2013

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#6 OF 87**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10049239
Date Taken: 10/18/2012
Photo Description: A loved up Kate Bosworth and fiance Michael Polish embrace and share a tender kiss in front of a patch of flowers during a break in filming \'Homefront\'

Application Number: 1-844502072
Copyright Registration Date: 11/26/2012
Registration Number: VA0001848035

Domain: theberry.com
URL:   http://theberry.com/2012/12/13/celebs-suck-face-on-off-the-screen-27-photos/
Observed Date: 04/18/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#7 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10051934
Date Taken: 10/23/2012
Photo Description: Actress Kate Bosworth and her fiance Michael Polish continue to enjoy their pre-honeymoon period in New Orleans.

Application Number: 1-844571438
Copyright Registration Date: 11/26/2012
Registration Number: VA0001848250

Domain: theberry.com
URL: http://theberry.com/2012/10/23/todays-celebrity-rundown-14-photos-21/celeb-rundown-0-224/
Observed Date: 04/18/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#8 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10051202
Date Taken: 10/21/2012
Photo Description: Rihanna gets to work filming a fiery new music video for \'Diamonds\' in Los Angeles.
Cpoyright Application Date: 10/30/2012
Application Number: 1-844507472
Copyright Registration Date: 10/30/2012
Registration Number: VA0001836246

Domain: theberry.com
URL: http://theberry.com/2012/10/22/rihanna-gets-blazing-hot-for-her-diamonds-music-video-14-photos/music-video-10/
Observed Date: 04/18/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#9 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10042079
Date Taken: 09/10/2012
Photo Description: Sarah Hyland gets in the community service spirit, as she films scenes for the hit show \'Modern Family\' in Los Angeles.

Application Number: 1-865845738
Copyright Registration Date: 12/17/2012
Registration Number: VA0001848283

Domain: theberry.com
URL: http://theberry.com/2012/10/10/todays-celebrity-rundown-13-photos-32/celeb-rundown-6-181/
Observed Date: 04/18/2013

**WEB PAGE CAPTURE**



EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#10 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10051201
Date Taken: 10/21/2012
Photo Description: Rihanna gets to work filming a fiery new music video for \'Diamonds\' in Los Angeles.
Cpoyright Application Date: 10/30/2012
Application Number: 1-844507472
Copyright Registration Date: 10/30/2012
Registration Number: VA0001836246

Domain: theberry.com
URL: http://theberry.com/2012/10/22/rihanna-gets-blazing-hot-for-her-diamonds-music-video-14-photos/
Observed Date: 04/18/2013

**WEB PAGE CAPTURE**

---

**COPYRIGHTED IMAGE**

**INFRINGEMENT#11 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10051199
Date Taken: 10/21/2012
Photo Description: Rihanna gets to work filming a fiery new music video for \'Diamonds\' in Los Angeles.
Cpoyright Application Date: 10/30/2012
Application Number: 1-844507472
Copyright Registration Date: 10/30/2012
Registration Number: VA0001836246

Domain: theberry.com
URL: http://theberry.com/2012/10/22/rihanna-gets-blazing-hot-for-her-diamonds-music-video-14-photos/
Observed Date: 04/18/2013

**WEB PAGE CAPTURE**

---

**COPYRIGHTED IMAGE**

**INFRINGEMENT#12 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10054148
Date Taken: 12/11/2012
Photo Description: An extremely skinny looking Matthew McConaughey really gets into his role as he begins to film his upcoming movie \'The Dallas Buyers Club.\'

Application Number: 1-865773602
Copyright Registration Date: 12/17/2012
Registration Number: VA0001848282

Domain: theberry.com
URL: http://theberry.com/2012/11/16/matthew-mcconaughey-is-withering-away-10-photos/
Observed Date: 04/18/2013

**WEB PAGE CAPTURE**



EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#13 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10049125

Photo Description: Former Disney star Brenda Song looks to have built up a sweat after wokring out at the Tracey Anderson Gym in Los Angeles.

Registration Number: UNREGISTERED

Domain: theberry.com
URL: http://theberry.com/2012/11/07/celeb-ladies-rock-post-work-gear-25-photos/fitness-gear-16/
Observed Date: 05/01/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#14 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10012678
Date Taken: 07/16/2012
Photo Description: Miranda Kerr is spotted at a Victoria\'s Secret Fall/Winter photo shoot in New York City.

Application Number: 1-1092761932
Copyright Registration Date: 12/22/2013
Registration Number: VA 1-900-828

Domain: theberry.com
URL: http://theberry.com/2012/07/17/todays-celebrity-rundown-12-photos-49/
Observed Date: 05/01/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#15 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10017274

Photo Description: Amy Poehler film scenes for \'They Came Together\' with Paul Rudd in New York City

Domain: theberry.com
URL: http://theberry.com/2012/12/13/celebs-suck-face-on-off-the-screen-27-photos/celeb-smooch-16/
Observed Date: 05/01/2013

**WEB PAGE CAPTURE**




EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#16 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10051213
Date Taken: 10/21/2012
Photo Description: Rihanna gets to work filming a fiery new music video for \'Diamonds\' in Los Angeles.
Cpoyright Application Date: 10/30/2012
Application Number: 1-844507472
Copyright Registration Date: 10/30/2012
Registration Number: VA0001836246

Domain: theberry.com
URL: http://theberry.com/2012/10/22/rihanna-gets-blazing-hot-for-her-diamonds-music-video-14-photos/
Observed Date: 05/17/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#17 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10052985
Date Taken: 08/21/2012
Photo Description: Shirtless Alex Pettyfer shows off his tattoos on the set of \'The Butler\' filming on location in New Orleans.
Cpoyright Application Date: 10/30/2012
Application Number: 1-841461965
Copyright Registration Date: 10/30/2012
Registration Number: VA0001836327

Domain: theberry.com
URL: http://theberry.com/2012/08/22/todays-celebrity-rundown-17-photos-3/
Observed Date: 05/17/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#18 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10041885
Date Taken: 10/09/2012
Photo Description: Nicole Richie rehydrates with some fresh squeezed juice after leaving a workout class at the Tracy Anderson gym in Los Angeles.
Cpoyright Application Date: 10/23/2012
Application Number: 1-838167702
Copyright Registration Date: 10/23/2012
Registration Number: VA0001836310

Domain: theberry.com
URL: http://theberry.com/2012/12/05/hey-you-i-like-your-style-nicole-richie-27-photos/
Observed Date: 05/17/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#19 OF 87**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10052349
Date Taken: 07/08/2012
Photo Description: Sofia Vergara plays pregnant in Los Angeles

Application Number: 1-831616612
Copyright Registration Date: 10/23/2012
Registration Number: VA0001836306

Domain: theberry.com
URL: http://theberry.com/2012/08/10/quick-celeb-catch-up-39-photos-12/
Observed Date: 05/17/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#20 OF 87**
Photo Owner: National Photo Group, LLC
Photo ID Number: 10235345
Date Taken: 01/06/2013
Photo Description: Ashton Kutcher and Mila Kunis go to Manhattan Bagel on Jan. 6th, 2013 in Studio City, CA.
Cpoyright Application Date: 02/26/2013
Application Number: 1-897924722
Copyright Registration Date: 03/07/2013
Registration Number: VA0001851743

Domain: theberry.com
URL: http://theberry.com/2013/01/07/todays-celebrity-rundown-4/celeb-rundown-8-230/
Observed Date: 04/13/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#21 OF 87**
Photo Owner: National Photo Group, LLC
Photo ID Number: 10235438
Date Taken: 07/28/2012
Photo Description: New Girl Zooey Deschanel Steps Out With Her Rumored New Boyfriend Jamie Linden
Cpoyright Application Date: 08/01/2012
Application Number: 1-803257771
Copyright Registration Date: 08/01/2012
Registration Number: VA0001836369

Domain: theberry.com
URL: http://theberry.com/2012/07/31/todays-celebrity-rundown-11-photos-70/celeb-rundown-2-1-12/
Observed Date: 04/12/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#22 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 0

Photo Description: Jordana Brewster refuels with a coffee before hitting the gym in Los Angeles - 82408PCN_Brewster

Registration Number: UNREGISTERED

Domain: www.tapiture.com
URL: http://tapiture.com/tag/joprdana/http://tapiture.com/image/jordana-brewster-hits-the-gym-in-tight-workout-gear-in-west-hollywood/undefinedhttp://tapiture.com/image/jordana-brewster-hits-the-gym-in-tight-workout-gear-in-west-hollywood-1/http://tapiture.
Observed Date: 10/05/2012

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#23 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 0

Photo Description: Mila Kunis and Ashton Kutcher wear matching outfits as they get close during a walk in the West Village, NYC - 84476PCN_MilaAsh

Domain: www.theberry.com
URL: http://theberry.com/category/links/

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#24 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 0

Photo Description: Jessica Simpson. 79974, LOS ANGELES, CALIFORNIA - Thursday June 21, 2012. **EXCLUSIVE** **SPECIAL FEES APPLY** Jessica Simpson is seen sporting fitness gear after a workout in Los Angeles. Simpson gave birth to her first child, a daughter named Maxwell on May 1, 2012. Photograph: ?PacificCoastNews.com **FEE MUST BE AGREED PRIOR TO USAGE** **E-TABLET/IPAD & MOBILE PHONE APP PUBLISHING REQUIRES ADDITIONAL FEES** LOS ANGELES OFFICE: 1 310 822 0419 LONDON OFFICE: +44 208 090 4079. 79974PCN_Simpson

Application Number: 1-822849761

Domain: www.thechive.com
URL: http://thechive.com/2012/07/06/daily-morning-awesomeness-35-photos-9/

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#25 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10051932
Date Taken: 10/23/2012
Photo Description: Actress Kate Bosworth and her fiance Michael Polish continue to enjoy their pre-honeymoon period strolling in New Orleans.

Application Number: 1-844571438
Copyright Registration Date: 11/26/2012
Registration Number: VA0001848250

Domain: theberry.com
URL: http://theberry.com/2012/10/23/todays-celebrity-rundown-14-photos-21/celeb-rundown-0-224/
Observed Date: 07/02/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#26 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10236088

Photo Description: Amanda Seyfried is joined by a few friends and her dog Finn as she goes for a hike in Runyon Canyon in Los Angeles.

Registration Number: UNREGISTERED

Domain: theberry.com
URL: http://theberry.com/2013/03/05/hollywood-starlets-post-workout-20-photos/celeb-gym-13/
Observed Date: 07/02/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#27 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10235759

Photo Description: Actress Brenda Song as she leaves the Tracy Anderson Gym in Los Angeles.

Registration Number: UNREGISTERED

Domain: theberry.com
URL: http://theberry.com/2013/03/05/
Observed Date: 07/02/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#28 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10012918
Date Taken: 07/16/2012
Photo Description: AnnaLynne McCord celebrates her 25th birthday by taking a nippy dip in the ocean wearing her dress before kissing beau Dominic Purcell on shore.

Registration Number: UNREGISTERED

Domain: theberry.com
URL: http://theberry.com/2012/12/13/celebs-suck-face-on-off-the-screen-27-photos/
Observed Date: 07/16/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#29 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10008916

Photo Description: Pink and husband Carey Hart take their adorable baby daughter Willow out for a stroll in Manhattan.

Registration Number: UNREGISTERED

Domain: theberry.com
URL: http://theberry.com/2012/07/13/quick-celeb-catch-up-38-photos-8/
Observed Date: 07/16/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#30 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10046847
Date Taken: 10/16/2012
Photo Description: A pregnant Holly Madison is seen doing yoga.
Cpoyright Application Date: 11/19/2012
Application Number: 1-844507495
Copyright Registration Date: 11/19/2012
Registration Number: VA0001848033

Domain: thechive.com
URL: http://thechive.com/2012/12/17/lady-celebs-working-hard-to-keep-their-butts-in-business-25-photos/
Observed Date: 07/16/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#31 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10024500
Date Taken: 08/09/2012
Photo Description: Michael Cera atop a Segway on the set of the new season of \'Arrested Developement\'.
Cpoyright Application Date: 10/23/2012
Application Number: 1-838167702
Copyright Registration Date: 10/23/2012
Registration Number: VA0001836310

Domain: thechive.com
URL: http://thechive.com/2012/08/13/daily-afternoon-randomness-50-photos-30/dar-monday-2-10/
Observed Date: 07/19/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#32 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10239112
Date Taken: 05/05/2013
Photo Description: Sugar Bear at the wedding celebration of Mama June and Sugar Bear in McIntyre, GA.

Application Number: 1-980873562
Copyright Registration Date: 08/18/2013
Registration Number: VA0001875922

Domain: thechive.com
URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/mama-june-married-15/
Observed Date: 07/29/2013

**WEB PAGE CAPTURE**




EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

| COPYRIGHTED IMAGE | INFRINGEMENT#33 OF 87 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10239110<br>Date Taken: 05/05/2013<br>Photo Description: HERE COMES MAMA JUNE! Wedding celebration of Mama June and Sugar Bear in McIntyre, GA.<br><br>Application Number: 1-980873562<br>Copyright Registration Date: 08/18/2013<br>Registration Number: VA0001875922 | Domain: thechive.com<br>URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/<br>Observed Date: 07/29/2013 | |

| COPYRIGHTED IMAGE | INFRINGEMENT#34 OF 87 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10239136<br>Date Taken: 05/05/2013<br>Photo Description: Mama June and Sugar Bear seen on their wedding day in McIntyre, GA.<br><br>Application Number: 1-980873562<br>Copyright Registration Date: 08/18/2013<br>Registration Number: VA0001875922 | Domain: thechive.com<br>URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/<br>Observed Date: 07/29/2013 | |

| COPYRIGHTED IMAGE | INFRINGEMENT#35 OF 87 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10239130<br>Date Taken: 05/05/2013<br>Photo Description: Wedding celebration of Mama June and Sugar Bear in McIntyre, GA.<br><br>Application Number: 1-980873562<br>Copyright Registration Date: 08/18/2013<br>Registration Number: VA0001875922 | Domain: thechive.com<br>URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/<br>Observed Date: 07/29/2013 | |

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#36 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10239117
Date Taken: 05/05/2013
Photo Description: HERE COMES MAMA JUNE! Wedding celebration of Mama June and Sugar Bear in McIntyre, GA.

Application Number: 1-980873562
Copyright Registration Date: 08/18/2013
Registration Number: VA0001875922

Domain: thechive.com
URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/
Observed Date: 07/29/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#37 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10239103
Date Taken: 05/05/2013
Photo Description: Wedding celebration of Mama June and Sugar Bear in McIntyre, GA.

Application Number: 1-980873562
Copyright Registration Date: 08/18/2013
Registration Number: VA0001875922

Domain: thechive.com
URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/mama-june-married-10/
Observed Date: 07/29/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#38 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10239137
Date Taken: 05/05/2013
Photo Description: The cake of Mama June and Sugar Bear is cut on their wedding day in McIntyre, GA.

Application Number: 1-980873562
Copyright Registration Date: 08/18/2013
Registration Number: VA0001875922

Domain: thechive.com
URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/
Observed Date: 07/29/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#39 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10239098
Date Taken: 05/05/2013
Photo Description: Wedding celebration of Mama June and Sugar Bear in McIntyre.

Application Number: 1-980873562
Copyright Registration Date: 08/18/2013
Registration Number: VA0001875922

Domain: thechive.com
URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/mama-june-married-2/
Observed Date: 07/29/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#40 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10239107
Date Taken: 05/05/2013
Photo Description: HERE COMES MAMA JUNE! Wedding celebration of Mama June and Sugar Bear in McIntyre, GA.

Application Number: 1-980873562
Copyright Registration Date: 08/18/2013
Registration Number: VA0001875922

Domain: thechive.com
URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/
Observed Date: 07/29/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#41 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10239123
Date Taken: 05/05/2013
Photo Description: HERE COMES MAMA JUNE! Wedding celebration of Mama June and Sugar Bear in McIntyre, GA.

Application Number: 1-980873562
Copyright Registration Date: 08/18/2013
Registration Number: VA0001875922

Domain: thechive.com
URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/
Observed Date: 07/29/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#42 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10239122
Date Taken: 05/05/2013
Photo Description: Wedding celebration of Mama June and Sugar Bear in McIntyre, GA.

Application Number: 1-980873562
Copyright Registration Date: 08/18/2013
Registration Number: VA0001875922

Domain: thechive.com
URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/
Observed Date: 07/29/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#43 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10239108
Date Taken: 05/05/2013
Photo Description: HERE COMES MAMA JUNE! Wedding celebration of Mama June and Sugar Bear in McIntyre, GA.

Application Number: 1-980873562
Copyright Registration Date: 08/18/2013
Registration Number: VA0001875922

Domain: thechive.com
URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/mama-june-married-13/
Observed Date: 07/29/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#44 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10239143
Date Taken: 05/05/2013
Photo Description: HERE COMES MAMA JUNE! Wedding celebration of Mama June and Sugar Bear in McIntyre, GA.

Application Number: 1-980873562
Copyright Registration Date: 08/18/2013
Registration Number: VA0001875922

Domain: thechive.com
URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/
Observed Date: 07/29/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#45 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10239140
Date Taken: 05/05/2013
Photo Description: Sugar Bear seen on his wedding day to Mama June in McIntyre, GA.

Application Number: 1-980873562
Copyright Registration Date: 08/18/2013
Registration Number: VA0001875922

Domain: thechive.com
URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/mama-june-married-8/
Observed Date: 07/29/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#46 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10239134
Date Taken: 05/05/2013
Photo Description: HERE COMES MAMA JUNE! Wedding celebration of Mama June and Sugar Bear in McIntyre, GA.

Application Number: 1-980873562
Copyright Registration Date: 08/18/2013
Registration Number: VA0001875922

Domain: thechive.com
URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/
Observed Date: 07/29/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#47 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10286321
Date Taken: 05/05/2013
Photo Description: June Shannon and Sugar Bear conclude their wedding by taking a ride on their ATV in McIntyre, GA.

Application Number: 1-980873562
Copyright Registration Date: 08/18/2013
Registration Number: VA0001875922

Domain: thechive.com
URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/
Observed Date: 08/23/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#48 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10252610
Date Taken: 05/28/2013
Photo Description: Olivia Wilde wears a black bikini as she spends a loved up day with fiance Jason Sudeikis on the beach in Hawaii.
Cpoyright Application Date: 08/15/2013
Application Number: 1-979929491
Copyright Registration Date: 08/15/2013
Registration Number: VA0001875954

Domain: theberry.com
URL: http://theberry.com/2013/06/27/2013-celebrity-bikini-bodies-so-far-20-photos/
Observed Date: 07/29/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#49 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10252610
Date Taken: 05/28/2013
Photo Description: Olivia Wilde wears a black bikini as she spends a loved up day with fiance Jason Sudeikis on the beach in Hawaii.
Cpoyright Application Date: 08/15/2013
Application Number: 1-979929491
Copyright Registration Date: 08/15/2013
Registration Number: VA0001875954

Domain: theberry.com
URL: http://theberry.com/2013/06/27/2013-celebrity-bikini-bodies-so-far-20-photos/bikini-body-8/
Observed Date: 07/29/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#50 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10237202
Date Taken: 03/13/2013
Photo Description: Matthew McConaughey shows his improved muscular physique on the set of his new crime drama \'True Detectives\' in New Orleans.
Cpoyright Application Date: 05/22/2013
Application Number: 1-939226591
Copyright Registration Date: 05/22/2013
Registration Number: VA0001865225

Domain: theberry.com
URL: http://theberry.com/category/celebrity/gossip-celebrity/page/6/
Observed Date: 08/12/2013

**WEB PAGE CAPTURE**




EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#51 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10050206
Date Taken: 07/30/2012
Photo Description: Actors Josh Duhamel and Julianne Hough seen looking relaxed together while shooting scenes for new film \'Safe Haven\' in Southport, North Carolina.
Cpoyright Application Date: 10/19/2012
Application Number: 1-834772814
Copyright Registration Date: 10/19/2012
Registration Number: VA0001836295

Domain: theberry.com
URL: http://theberry.com/2012/07/31/todays-celebrity-rundown-11-photos-70/
Observed Date: 08/12/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#52 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10051198
Date Taken: 10/21/2012
Photo Description: Rihanna gets to work filming a fiery new music video for \'Diamonds\' in Los Angeles.
Cpoyright Application Date: 10/30/2012
Application Number: 1-844507472
Copyright Registration Date: 10/30/2012
Registration Number: VA0001836246

Domain: theberry.com
URL: http://theberry.com/2012/10/22/rihanna-gets-blazing-hot-for-her-diamonds-music-video-14-photos/
Observed Date: 08/13/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#53 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10050207
Date Taken: 07/30/2012
Photo Description: Actors Josh Duhamel and Julianne Hough seen looking relaxed together while shooting scenes for new film \'Safe Haven\' in Southport, North Carolina.
Cpoyright Application Date: 10/19/2012
Application Number: 1-834772814
Copyright Registration Date: 10/19/2012
Registration Number: VA0001836295

Domain: theberry.com
URL: http://theberry.com/2012/07/31/todays-celebrity-rundown-11-photos-70/celeb-rundown-0-184/
Observed Date: 08/13/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

| COPYRIGHTED IMAGE | INFRINGEMENT#54 OF 87 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10237201<br>Date Taken: 03/13/2013<br>Photo Description: Matthew McConaughey shows his improved muscular physique on the set of his new crime drama \'True Detectives\' in New Orleans.<br>Cpoyright Application Date: 05/22/2013<br>Application Number: 1-939226591<br>Copyright Registration Date: 05/22/2013<br>Registration Number: VA0001865225 | Domain: theberry.com<br>URL: http://theberry.com/2013/03/14/todays-celebrity-rundown-14-photos-46/<br>Observed Date: 08/13/2013 |  |
| COPYRIGHTED IMAGE | INFRINGEMENT#55 OF 87 | | WEB PAGE CAPTURE  |
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10284053<br>Date Taken: 07/03/2013<br>Photo Description: Henry Cavill pushing a shopping cart.<br>Cpoyright Application Date: 08/15/2013<br>Application Number: 1-979825318<br>Copyright Registration Date: 08/15/2013<br>Registration Number: VA0001875911 | Domain: theberry.com<br>URL: http://theberry.com/2013/07/10/aec-henry-cavill-27-photos/<br>Observed Date: 08/16/2013 |  |
| COPYRIGHTED IMAGE | INFRINGEMENT#56 OF 87 | | WEB PAGE CAPTURE |
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10284436<br>Date Taken: 06/19/2013<br>Photo Description: Jennifer Lopez and ex Marc Anthony get together for a meeting at their children Max and Emme\'s school in Los Angeles.<br><br>Application Number: 1-979825318<br>Copyright Registration Date: 08/15/2013<br>Registration Number: VA0001875911 | Domain: theberry.com<br>URL: http://theberry.com/2013/06/20/todays-celebrity-rundown-14-photos-68/celeb-rundown-7-313/<br>Observed Date: 08/16/2013 |  |




EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#57 OF 87**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10284649
Date Taken: 02/25/2013
Photo Description: Leonardo DiCaprio is joined by a group of bikini-clad women for a video shoot on a yacht in Los Angeles.
Cpoyright Application Date: 02/25/2013
Application Number: 1-933203906
Copyright Registration Date: 05/09/2013
Registration Number: VA0001859840

Domain: theberry.com
URL: http://theberry.com/2013/03/01/leonardo-dicaprio-surrounded-by-models-22-photos/
Observed Date: 08/26/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#58 OF 87**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10284674
Date Taken: 02/25/2013
Photo Description: Leonardo DiCaprio is joined by a group of bikini-clad women for a video shoot on a yacht in Los Angeles.
Cpoyright Application Date: 02/25/2013
Application Number: 1-933203906
Copyright Registration Date: 05/09/2013
Registration Number: VA0001859840

Domain: theberry.com
URL: http://theberry.com/2013/03/01/leonardo-dicaprio-surrounded-by-models-22-photos/
Observed Date: 08/19/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#59 OF 87**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10284684
Date Taken: 02/25/2013
Photo Description: Leonardo DiCaprio is joined by a group of bikini-clad women for a video shoot on a yacht in Los Angeles.
Cpoyright Application Date: 02/25/2013
Application Number: 1-933203906
Copyright Registration Date: 05/09/2013
Registration Number: VA0001859840

Domain: theberry.com
URL: http://theberry.com/2013/03/01/leonardo-dicaprio-surrounded-by-models-22-photos/
Observed Date: 08/19/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#60 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10284577
Date Taken: 02/25/2013
Photo Description: Leonardo DiCaprio is joined by a group of bikini-clad women for a video shoot on a yacht in Los Angeles.
Cpoyright Application Date: 02/25/2013
Application Number: 1-933203906
Copyright Registration Date: 05/09/2013
Registration Number: VA0001859840

Domain: theberry.com
URL: http://theberry.com/2013/03/01/leonardo-dicaprio-surrounded-by-models-22-photos/
Observed Date: 08/26/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#61 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10284565
Date Taken: 02/25/2013
Photo Description: Leonardo DiCaprio is joined by a group of bikini-clad women for a video shoot on a yacht in Los Angeles.
Cpoyright Application Date: 02/25/2013
Application Number: 1-933203906
Copyright Registration Date: 05/09/2013
Registration Number: VA0001859840

Domain: theberry.com
URL: http://theberry.com/2013/03/01/leonardo-dicaprio-surrounded-by-models-22-photos/
Observed Date: 08/19/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#62 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10284660
Date Taken: 02/25/2013
Photo Description: Leonardo DiCaprio is joined by a group of bikini-clad women for a video shoot on a yacht in Los Angeles.
Cpoyright Application Date: 02/25/2013
Application Number: 1-933203906
Copyright Registration Date: 05/09/2013
Registration Number: VA0001859840

Domain: theberry.com
URL: http://theberry.com/2013/03/01/leonardo-dicaprio-surrounded-by-models-22-photos/
Observed Date: 08/19/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

| COPYRIGHTED IMAGE | INFRINGEMENT#63 OF 87 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10284664<br>Date Taken: 02/25/2013<br>Photo Description: Leonardo DiCaprio is joined by a group of bikini-clad women for a video shoot on a yacht in Los Angeles.<br>Cpoyright Application Date: 02/25/2013<br>Application Number: 1-933203906<br>Copyright Registration Date: 05/09/2013<br>Registration Number: VA0001859840 | Domain: theberry.com<br>URL: http://theberry.com/2013/03/01/leonardo-dicaprio-surrounded-by-models-22-photos/<br>Observed Date: 08/19/2013 | |
| COPYRIGHTED IMAGE | INFRINGEMENT#64 OF 87 | | WEB PAGE CAPTURE |
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10284687<br>Date Taken: 02/25/2013<br>Photo Description: Leonardo DiCaprio is joined by a group of bikini-clad women for a video shoot on a yacht in Los Angeles.<br>Cpoyright Application Date: 02/25/2013<br>Application Number: 1-933203906<br>Copyright Registration Date: 05/09/2013<br>Registration Number: VA0001859840 | Domain: theberry.com<br>URL: http://theberry.com/2013/03/01/leonardo-dicaprio-surrounded-by-models-22-photos/<br>Observed Date: 08/26/2013 | |
| COPYRIGHTED IMAGE | INFRINGEMENT#65 OF 87 | | WEB PAGE CAPTURE |
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10284689<br>Date Taken: 02/25/2013<br>Photo Description: Leonardo DiCaprio is joined by a group of bikini-clad women for a video shoot on a yacht in Los Angeles.<br>Cpoyright Application Date: 02/25/2013<br>Application Number: 1-933203906<br>Copyright Registration Date: 05/09/2013<br>Registration Number: VA0001859840 | Domain: theberry.com<br>URL: http://theberry.com/2013/03/01/leonardo-dicaprio-surrounded-by-models-22-photos/<br>Observed Date: 08/26/2013 | |

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#66 OF 87**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10284682
Date Taken: 02/25/2013
Photo Description: Leonardo DiCaprio is joined by a group of bikini-clad women for a video shoot on a yacht in Los Angeles.
Cpoyright Application Date: 02/25/2013
Application Number: 1-933203906
Copyright Registration Date: 05/09/2013
Registration Number: VA0001859840

Domain: theberry.com
URL: http://theberry.com/2013/03/01/leonardo-dicaprio-surrounded-by-models-22-photos/
Observed Date: 08/26/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#67 OF 87**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10284675
Date Taken: 02/25/2013
Photo Description: Leonardo DiCaprio is joined by a group of bikini-clad women for a video shoot on a yacht in Los Angeles.
Cpoyright Application Date: 02/25/2013
Application Number: 1-933203906
Copyright Registration Date: 05/09/2013
Registration Number: VA0001859840

Domain: theberry.com
URL: http://theberry.com/2013/03/01/leonardo-dicaprio-surrounded-by-models-22-photos/
Observed Date: 08/26/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#68 OF 87**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10284672
Date Taken: 02/25/2013
Photo Description: Leonardo DiCaprio is joined by a group of bikini-clad women for a video shoot on a yacht in Los Angeles.
Cpoyright Application Date: 02/25/2013
Application Number: 1-933203906
Copyright Registration Date: 05/09/2013
Registration Number: VA0001859840

Domain: theberry.com
URL: http://theberry.com/2013/03/01/leonardo-dicaprio-surrounded-by-models-22-photos/
Observed Date: 08/26/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

| COPYRIGHTED IMAGE | INFRINGEMENT#69 OF 87 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10286335<br>Date Taken: 05/05/2013<br>Photo Description: June Shannon and Sugar Bear conclude their wedding by taking a ride on their ATV in McIntyre, GA.<br><br>Application Number: 1-980873562<br>Copyright Registration Date: 08/18/2013<br>Registration Number: VA0001875922 | Domain: thechive.com<br>URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/<br>Observed Date: 08/30/2013 | |
| COPYRIGHTED IMAGE | INFRINGEMENT#70 OF 87 | | WEB PAGE CAPTURE |
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10239131<br>Date Taken: 05/05/2013<br>Photo Description: Mama June at the wedding celebration of Mama June and Sugar Bear in McIntyre, GA.<br><br>Application Number: 1-980873562<br>Copyright Registration Date: 08/18/2013<br>Registration Number: VA0001875922 | Domain: thechive.com<br>URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/<br>Observed Date: 08/30/2013 | |
| COPYRIGHTED IMAGE | INFRINGEMENT#71 OF 87 | | WEB PAGE CAPTURE |
|  | Photo Owner: National Photo Group, LLC<br>Photo ID Number: 10290337<br>Date Taken: 05/07/2013<br>Photo Description: Miley Cyrus heads out in a cream colored halterneck top adorned with jewelry while out to lunch with a friend.<br><br>Application Number: 1-982969266 | Domain: theberry.com<br>URL: http://theberry.com/2013/08/21/stealing-styles-15-photos/<br>Observed Date: 10/28/2013 | |

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#72 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10058613
Date Taken: 10/31/2012
Photo Description: Alyson Hannigan and Alexis Denisof join in the Halloween fun.
Cpoyright Application Date: 12/17/2012
Application Number: 1-865845738
Copyright Registration Date: 12/17/2012
Registration Number: VA0001848283

Domain: thechive.com
URL: http://thechive.com/2013/04/30/these-parents-deserve-a-medal-27-photos/
Observed Date: 10/11/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#73 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10284436
Date Taken: 06/19/2013
Photo Description: Jennifer Lopez and ex Marc Anthony get together for a meeting at their children Max and Emme's school in Los Angeles.

Application Number: 1-979825318
Copyright Registration Date: 08/15/2013
Registration Number: VA0001875911

Domain: theberry.com
URL: http://theberry.com/2013/06/20/todays-celebrity-rundown-14-photos-68/
Observed Date: 10/11/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#74 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10058613
Date Taken: 10/31/2012
Photo Description: Alyson Hannigan and Alexis Denisof join in the Halloween fun.
Cpoyright Application Date: 12/17/2012
Application Number: 1-865845738
Copyright Registration Date: 12/17/2012
Registration Number: VA0001848283

Domain: theberry.com
URL: http://theberry.com/2013/03/26/parenting-done-right-22-photos/parenting-done-right-20/
Observed Date: 10/14/2013

**WEB PAGE CAPTURE**



EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**



**INFRINGEMENT#75 OF 87**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10284669
Date Taken: 02/25/2013
Photo Description: Leonardo DiCaprio is joined by a group of bikini-clad women for a video shoot on a yacht in Los Angeles.
Cpoyright Application Date: 02/25/2013
Application Number: 1-933203906
Copyright Registration Date: 05/09/2013
Registration Number: VA0001859840

Domain: theberry.com
URL:         http://theberry.com/2013/03/01/leonardo-dicaprio-surrounded-by-models-22-photos/leonardo-dicaprio-5-5/
Observed Date: 10/14/2013

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#76 OF 87**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10284690
Date Taken: 02/25/2013
Photo Description: Leonardo DiCaprio is joined by a group of bikini-clad women for a video shoot on a yacht in Los Angeles.
Cpoyright Application Date: 02/25/2013
Application Number: 1-933203906
Copyright Registration Date: 05/09/2013
Registration Number: VA0001859840

Domain: theberry.com
URL:         http://theberry.com/2013/03/01/leonardo-dicaprio-surrounded-by-models-22-photos/zleonardo-dicaprio-15/
Observed Date: 10/14/2013

**WEB PAGE CAPTURE**



**COPYRIGHTED IMAGE**



**INFRINGEMENT#77 OF 87**
Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10284692
Date Taken: 02/25/2013
Photo Description: Leonardo DiCaprio is joined by a group of bikini-clad women for a video shoot on a yacht in Los Angeles.
Cpoyright Application Date: 02/25/2013
Application Number: 1-933203906
Copyright Registration Date: 05/09/2013
Registration Number: VA0001859840

Domain: theberry.com
URL:         http://theberry.com/2013/03/01/leonardo-dicaprio-surrounded-by-models-22-photos/
Observed Date: 10/14/2013

**WEB PAGE CAPTURE**



EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#78 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10284657
Date Taken: 02/25/2013
Photo Description: Leonardo DiCaprio is joined by a group of bikini-clad women for a video shoot on a yacht in Los Angeles.
Cpoyright Application Date: 02/25/2013
Application Number: 1-933203906
Copyright Registration Date: 05/09/2013
Registration Number: VA0001859840

Domain: theberry.com
URL: http://theberry.com/2013/03/01/leonardo-dicaprio-surrounded-by-models-22-photos/
Observed Date: 10/14/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#79 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10286253
Date Taken: 05/05/2013
Photo Description: June Shannon and Sugar Bear conclude their wedding by taking a ride on their ATV in McIntyre, GA.

Application Number: 1-980873562
Copyright Registration Date: 08/18/2013
Registration Number: VA0001875922

Domain: thechive.com
URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/
Observed Date: 10/24/2013

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#80 OF 87**

Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News
Photo ID Number: 10286339
Date Taken: 05/05/2013
Photo Description: June Shannon riding on an ATV in McIntyre, GA.

Application Number: 1-980873562
Copyright Registration Date: 08/18/2013
Registration Number: VA0001875922

Domain: thechive.com
URL: http://thechive.com/2013/05/07/honey-boo-boos-momma-just-got-hitched-god-save-us-all-24-photos/
Observed Date: 10/24/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

| COPYRIGHTED IMAGE | INFRINGEMENT#81 OF 87 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10284655<br>Date Taken: 02/25/2013<br>Photo Description: Leonardo DiCaprio is joined by a group of bikini-clad women for a video shoot on a yacht in Los Angeles.<br>Cpoyright Application Date: 02/25/2013<br>Application Number: 1-933203906<br>Copyright Registration Date: 05/09/2013<br>Registration Number: VA0001859840 | Domain: theberry.com<br>URL: http://theberry.com/2013/03/01/leonardo-dicaprio-surrounded-by-models-22-photos/<br>Observed Date: 10/03/2013 |  |
| COPYRIGHTED IMAGE | INFRINGEMENT#82 OF 87 | | WEB PAGE CAPTURE |
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10315601<br>Date Taken: 06/12/2013<br>Photo Description: Adrian Grenier shirtless on the beach in Miami.<br>Cpoyright Application Date: 10/12/2013<br>Application Number: 1-1064792898<br>Copyright Registration Date: 10/12/2013<br>Registration Number: VA 1-899-266 | Domain: theberry.com<br>URL: http://theberry.com/2014/01/06/get-motivated-with-celeb-beach-bodies-25-photos/<br>Observed Date: 02/06/2014 | |
| COPYRIGHTED IMAGE | INFRINGEMENT#83 OF 87 | | WEB PAGE CAPTURE |
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 10317660<br>Date Taken: 12/17/2013<br>Photo Description: James Franco holds a white rose as he is hoisted into a window for a Ford commercial.<br>Cpoyright Application Date: 12/18/2013<br>Application Number: 1-1083588407 | Domain: theberry.com<br>URL: http://theberry.com/2013/12/18/todays-celebrity-rundown-13-photos-94/<br>Observed Date: 02/06/2014 | |

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

**COPYRIGHTED IMAGE**

**INFRINGEMENT#84 OF 87**
Photo Owner: National Photo Group, LLC
Photo ID Number: 11314
Date Taken: 01/13/2014
Photo Description: Joe Manganiello leaves a office building in Hollywood.

Application Number: 1-1231419998

Domain: www.theberry.com
URL: http://theberry.com/2014/01/30/stuff-i-wish-my-boyfriend-would-wear-29-photos-46/
Observed Date: 03/04/2014

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#85 OF 87**
Photo Owner: Visions of America, LLC
Photo ID Number: 10326633
Date Taken: 09/18/2013
Photo Description: This Is A Photo Of A Telephone Poles In The Desert Against Dark Mountains.

Copyright Registration Date: 10/31/2005
Registration Number: VAu 684-449

Domain: theberry.com
URL: http://theberry.com/2012/02/15/mystery-misc-37-photos/
Observed Date: 04/11/2014

**WEB PAGE CAPTURE**

**COPYRIGHTED IMAGE**

**INFRINGEMENT#86 OF 87**
Photo Owner: Tim Shobe
Photo ID Number: 10245306
Date Taken: 03/08/2010
Photo Description: Kayaker nearly swallowed by a whale.

Application Number: 1-357578241
Copyright Registration Date: 03/18/2010
Registration Number: VA0001706606

Domain: www.thechive.com
URL: http://thechive.com/2011/09/20/oh-sht-30-photos/
Observed Date: 07/02/2013

**WEB PAGE CAPTURE**

EXHIBIT# 1 - BWP Media USA Inc. d/b/a Pacific Coast News, et. al. v. Resignation Media, LLC.

| COPYRIGHTED IMAGE | INFRINGEMENT#87 OF 87 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: National Photo Group, LLC<br>Photo ID Number: 33012<br>Date Taken: 03/30/2012<br>Photo Description: Emma Watson and a Male Companion get smoothies in West Hollywood.<br>Cpoyright Application Date: 04/03/2012<br>Application Number: 1-747897571<br>Copyright Registration Date: 04/03/2012<br>Registration Number: VA0001815679 | Domain: www.thechive.com<br>URL:          http://thechive.com/2012/07/17/daily-morning-awesomeness-30-photos-79/<br>Observed Date: 10/03/2013 | |

x