UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| BWP Media USA Inc. d/b/a Pacific Coast News and National Photo Group, LLC, § § § § Plaintiff, § § § CIVIL ACTION NO. 1:13-cv-00911 v. § § § Resignation Media LLC. § § Defendant. § | |

# **JOINT ADVISORY TO THE COURT REGARDING SETTLEMENT**

COME NOW, Plaintiffs BWP Media USA Inc. ("BWP") and National Photo Group, LLC ("NPG"), and Defendant Resignation Media LLC, ("Resignation"), and respectfully file this Joint Advisory Regarding Settlement to this Court, and would inform the Court as follows:

The parties have settled all claims in this case, and anticipate filing an agreed order seeking dismissal of all claims with prejudice in approximately thirty days. The parties request the Court stay this matter in the interim, and will file a further advisory to inform the Court of their progress.

The parties and their undersigned counsel certify this filing is not made for purpose of delay, but rather to secure the just, speedy, and inexpensive resolution of the claims brought to this Court.

Respectfully submitted,


_____/s/_____
Craig B. Sanders, Esq.
Bar No. 2578219
SANDERS LAW, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Telephone:     (516) 203-7600
E-mail:  CSanders@sanderslawpllc.com

*Attorneys for BWP Media USA Inc.*



_____/S/_____
Tim Flocos
TX Bar No. 24033697
BRUSTKERN FLOCOS & ASSOCIATES
611 West 14th Street, Suite 200
Austin, Texas 78701
Telephone:     512.467.6076
Facsimile:     512.467.6550
E-mail:  tim@timflocos.com

*Attorneys for Resignation Media, LLC*


# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.