IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 SEP 22  PM 4:06
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
      DEPUTY

BWP MEDIA USA INC. d/b/a Pacific Coast News;
and NATIONAL PHOTO GROUP, LLC,
                Plaintiffs,

-vs-                                        Case No. A-13-CA-911-SS

RESIGNATION MEDIA, LLC,
                Defendant.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Joint Stipulation of Dismissal [#26] filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

    IT IS ORDERED that the Joint Stipulation of Dismissal [#26] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice;

    IT IS FURTHER ORDERED that all costs are adjudged against the party incurring same; and

    IT IS FINALLY ORDERED that all pending motions in this cause are overruled and denied as they are now moot.

SIGNED this the 22nd day of September 2015.

                                          /s/ Sam Sparks
                                          UNITED STATES DISTRICT JUDGE